**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
<u>**SOUTHERN DIVISION**</u>

In re:                                        In Bankruptcy

*SCOTT & MICHELLE MIRKES*          *Case No.: 10-50168-MBM*
                                              *Chapter 7*
                                              *Honorable MARCI B. McIVOR*

_____Debtor (s)_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $7.05 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| CHASE BANK USA, NA<br>PO Box 15145<br>Wilmington, DE 19850 | 4 | $4.74 |
| CAPITAL RECOVERY III, LLC<br>c/o Recovery Management Systems<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | 16 | $2.31 |

Dated: January 12, 2011

/s/ BASIL T. SIMON (P26340)
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com